37.75+

37.75*

**UNCLAIMED FUNDS**

FILED
2010 APR 14 AM 11:51
CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

APRIL 13, 2010

04-62771    JAMES B SMITH
            CREDITOR DID NOT CASH CHECK
            CHECK #423731 FOR $37.75
            HOUSEHOLD CREDIT SERVICES
            PO BOX 5216
            CAROL STREAM, IL  60197

```
      UNITED STATES
      BANKRUPTCY COURT

    Northern District of Ohio
       Canton Division

 R1  -  00060587  - SESHE

    April 14, 2010 11:52:46

  Code    Case #    Qty     Amount
UF - UNCLAIMED FUNDS
          04-62771   1      $37.75CK
    Debtor - SMITH

TOTAL   -       $37.75
TEND    -        37.75
CHANGE  -         0.00


FROM: TOBY L ROSEN
      121 CLEVELAND AVE SW
      CANTON  OH  44702
      330-455-2222
```